# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-3166-S-BT |
| | § | |
| NFN WARDEN, et al. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Any objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED December 4, 2020.

_____
**UNITED STATES DISTRICT JUDGE**